# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1006. ROBERT A. SENIOR v. THE STATE.**

Upon consideration of the APPELLEE'S MOTION TO DISMISS the above styled case, it is ordered that the motion is hereby GRANTED as provided below.

In 2007, Robert A. Senior pled guilty to multiple drug-related offenses. Senior subsequently filed a motion for an out-of-time appeal, which the trial court granted on January 26, 2022. In *Cook v. State*, the Supreme Court of Georgia determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___ (5) (Case No. S21A1270, decided March 15, 2022). Senior, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___ (Case No. S21A1036, decided March 15, 2022). Because the trial court lacked jurisdiction to entertain Senior's motion, the motion should have been dismissed. *Lilly v. State*, ___ Ga. App. ___ (Case No. A22A0564, decided March 29, 2022). Accordingly, the trial court's order granting the motion for out-of-time appeal is hereby VACATED, and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  04/19/2022* 

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen

                                                    , *Clerk.*